Joseph Marion HEAD, Jr., Appellant,

v.

PRESIDENT OF the UNITED STATES and State of North Carolina, Appellees.

No. 85–6191.

United States Court of Appeals, Fourth Circuit.

Submitted May 23, 1985.

Decided Aug. 5, 1985.

Joseph Marion Head, Jr., pro se.

Jacob L. Safron, Sp. Deputy Atty. Gen., Raleigh, N.C., and Charles R. Brewer, U.S. Atty., Asheville, N.C., for appellees.

PER CURIAM:

A review of the record and the district court's opinion discloses that an appeal from its order denying relief under 42 U.S.C. § 1983 is without merit. Because the dispositive issues recently have been decided authoritatively, we dispense with oral argument and affirm the judgment below on the reasoning of the district court. *Head v. President*, C/A No. A–C–85–90 (W.D.N.C., Feb. 20, 1985).

AFFIRMED.